FILED '09 AUG 20 13:08 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-222 |
| v. | * | SECTION: "K" |
| PAUL E. NATHAN | * | |
| * * * | | |

## ORDER

Having considered the motion of the United States to unseal the indictment and the motion and order to seal,

IT IS HEREBY ORDERED that the Clerk of Court for the Eastern District of Louisiana unseal the indictment and the motion and order to seal in the above-captioned matter.

New Orleans, Louisiana, this 20th day of August 2009.

HON. LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

2

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___