MINUTE ENTRY
AUGUST 20, 2009
MOORE, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-222 |
| PAUL E. NATHAN | SECTION: K |

### INITIAL APPEARANCE

APPEARANCES: _X_ DEFENDANT (WITH) WITHOUT COUNSEL **Vincent Booth**

_X_ ASSISTANT U.S. ATTORNEY MARK MILLER
___ INTERPRETER _____
Designated by Court and sworn. Time: _____ .M to _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE INDICTMENT WAS:
    READ   WAIVED   (SUMMARIZED)

_X_ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 32

___ Fee _____
___ Process _____
_X_/ Dktd _____
_V_/ CtRmDep _____
___ Doc. No. _____

__/ BAIL SET AT _____

_____
_____
_____
_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) IS SET FOR August 25, 2009 at 2:00 p.m.

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR August 25, 2009 at 2:00 p.m.

X DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) (DETENTION HEARING) HEARING TO DETERMINE COUNSEL  WITH COUNSEL [signature]